**Order entered November 14, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-22-00603-CV**

**JASVINDER JASSY TOOR, Appellant**

**V.**

**ALAUNA KAYE HOLLINGSWORTH, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-06969**

## ORDER

Before the Court is appellant's November 10, 2022 first unopposed motion for extension of time to file her brief. Appellant seeks a forty-five day extension explaining, in part, that she is seeking legal representation.

We **GRANT** the motion and **ORDER** the brief be filed no later than December 28, 2022.

/s/     KEN MOLBERG
        JUSTICE